**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

| | |
|---|---|
| Appellate case name: | Dr. Michael (Mikhail) Tyurin v. Hirsh & Westheimer, P.C., Michael D. Conner, and Jessica Levy |
| Appellate case number: | 01-17-00014-CV |
| Trial court case number: | 2016-45823A |
| Trial court: | 234th District Court of Harris County |
| Date motion filed: | November 2, 2017 |
| Party filing motion: | Appellant |

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Terry Jennings _____
                        Acting for the Court

Panel consists of:  Justices Jennings, Bland, and Brown.

Date:  November 16, 2017 _____